UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
:
NATIONWIDE JUDGMENT RECOVERY, :
INC., :
:
                        Plaintiff, : 20-mc-603
:
     -against- : **ORDER**
:
CHAN MAN YUNG, :
:
                      Defendant. :
:
-------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

On June 30, 2023 I held a hearing on Defendant's Order to Show Cause for Emergency Relief, (Doc. 4). As stated during the hearing, it is hereby:

ORDERED that the parties submit letter briefing on the issue of whether this matter should be transferred to the Western District of North Carolina. Plaintiff's opening letter-brief, of no more than 6 pages, shall be filed on or before July 17, 2023. Opposition of no more than 6 pages shall be filed on or before July 31, 2023. Replies, if permission is granted, shall be filed on or before August 7, 2023.

SO ORDERED.

Dated: June 30, 2023
       New York, New York

                                                           _____
                                                           Vernon S. Broderick
                                                           United States District Judge