**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:24-MC-00002-GCM**

| | |
|---|---|
| **NATIONWIDE JUDGMENT RECOVERY, INC.,** | |
| **Plaintiff,** | |
| **v.** | **ORDER** |
| **YUNG MAN CHAN,** | |
| **Defendant.** | |

     **THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* ("Motion") concerning Alan Hochheiser (Doc. No. 22).

     Upon review and consideration of the Motion, which was accompanied by submission of the necessary fees, the Court hereby **GRANTS** the Motion.

     In accordance with Local Rule 83.1(b), Mr. Hochheiser is admitted to appear before this court *pro hac vice* on behalf of Nationwide Judgment Recovery, Inc.

     **IT IS SO ORDERED**.

Signed: January 15, 2024

Graham C. Mullen
United States District Judge