IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:24-mc-00002-GCM

| | |
|---|---|
| NATIONWIDE JUDGMENT RECOVERY, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> MAN YUNG CHAN, ) <br> ) <br> Defendant. ) <br> _____) | ORDER |

This matter is before the Court upon Plaintiff's Motion for Order Directing Non-Party to Turn Over Funds, filed January 25, 2024. The Defendant has failed to file a response in opposition despite the Court entering a show cause Order directing her to do so by April 29, 2024. (Doc. No. 25). Having reviewed the Motion and Memorandum of Law in support, as well as the record, the Court finds there is good cause to grant the Motion.

IT IS THEREFORE ORDERED that the U.S. Marshal's Service in Queens County, New York is directed to turn over to the Plaintiff the $62,596.00 in funds on deposit in the Defendant's name at Flushing Bank in Queens, New York that was attached in connection with the Plaintiff's efforts to collect on the Civil Judgment against the Defendant.

Signed: May 15, 2024

Graham C. Mullen
United States District Judge